**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| In the matter of | Case No. **09-50276-CKP** |
| **ROBERT HALE** | Chapter 7 |
| Debtor(s) | Judge **C. KATHRYN PRESTON** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

## TO THE CLERK OF THE COURT

The attached check in the amount of (1)$ 857.53 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| | | $0.00 |
| Total Unclaimed Dividends Over $25.00<br>Four (4)<br>Nationwide Mutual Insurance Co.<br>1 Nationwide Plaza<br>Columbus, OH 43017 | | $857.53 |

Dated:  3/31/2010                                     /s/ Clyde Hardesty

                                                                  Clyde C. Hardesty

cc: U.S. Trustee